**Motion Granted; Continuing Abatement Order filed November 29, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00546-CV
_____

**SHANNON CURTIS, Appellant**

**V.**

**CHAD BAKER, Appellee**

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2015-47231

## CONTINUING ABATEMENT ORDER

On November 3, 2016, this court entered an order abating this appeal in order to allow appellant to secure a free copy of the record below as well as to resolve any finality issues in the trial court that may render this appeal premature. The order stated the appeal would be reinstated on January 3, 2017.

On November 22, 2016, appellant filed a motion to extend the abatement period by 45 days because the trial court's first available hearing date is January 13,

2017. Appellant has secured and set a hearing on that date. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until February 17, 2017. The appeal will be reinstated on this court's active docket at that time. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM